**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMPUMED, INC.,<br>and JOHN DOES 1 – 10,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No.: No. 4:17-cv-00832-RWS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

COMES NOW CompuMed, Inc., defendant herein, on behalf of all defendants captioned above, and notifies this Court that the parties have reached a complete settlement of this action. The parties request thirty (30) days within which to file a stipulation for dismissal with prejudice.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**BROWN & JAMES, P.C.**

　　　　　　　　　　　　　　　　　　/s/ Timothy J. Wolf
　　　　　　　　　　　　　　　　Timothy J. Wolf, #53099
　　　　　　　　　　　　　　　　800 Market Street, Suite 1100
　　　　　　　　　　　　　　　　St. Louis, Missouri 63101-2501
　　　　　　　　　　　　　　　　314-421-3400
　　　　　　　　　　　　　　　 314-421-3128 – FAX
　　　　　　　　　　　　　　　　twolf@bjpc.com
　　　　　　　　　　　　　　　 *Attorneys for Defendant Compumed, Inc.*

#13546609

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system this 29th day of March, 2017, to:

| | |
|---|---|
| Max G. Margulis<br>Margulis Law Group<br>28 Old Belle Monte Road<br>Chesterfield, MO 63017<br>maxmargulis@marguislaw.com<br>*Attorney for Plaintiff* | Brian J. Wanca<br>Anderson & Wanca<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>bwanca@andersonwanca.com<br>*Co-Counsel for Plaintiff* |

/s/ Timothy J. Wolf