IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 4:17-cv-00832-RWS |
| v. | ) ) |
| COMPUMED, INC., and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF RADHA GEISMANN, M.D., P.C.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANT COMPUMED, INC. AND DISMISSAL OF INDIVIDUAL CLAIMS WITHOUT PREJUDICE OF ITS CLAIM AGAINST JOHN DOES 1-10**

COMES NOW Plaintiff, Radha Geismann, M.D., P.C.'s, with consent of Defendant Compumed, Inc. and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses its individual claims against Compumed, Inc. **with prejudice**. John Does 1-10 are hereby dismissed **without prejudice**. No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein. Each party shall bear their own costs.

**SO ORDERED:**

_____        April 20, 2017
Judge Rodney W. Sippel                               DATE